

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. '23 MJ1797 |
| Plaintiff, ) | |
| ) | **COMPLAINT FOR VIOLATION OF:** |
| v. ) | |
| ) | Title 8 U.S.C. Sec 1324(a)(2)(B)(iii) |
| Jose Damian PONCE-Castro, ) | Bringing in Unlawful Alien(s) |
| ) | Without Presentation |
| Defendant. ) | |

The undersigned complainant, being duly sworn, states:

On or about May 20, 2023, within the Southern District of California, Defendant Jose Damian PONCE-Castro, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Zhenlin LUO, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Adriana A. Burns, CBP Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 22nd of May 2023.

HON. DAVID D. LESHNER
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMNT

I, United States Customs and Border Protection (CBP) Officer Nancy Cervantes, declare under penalty of perjury the following to be true and correct:

The complainant states that Zhenlin LUO, a citizen of a country other than the United States; that said alien was found to be deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a smuggled alien in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On May 20, 2023, at approximately 2:57 P.M. Jose Damian PONCE-Castro (Defendant) a Mexican Citizen, made application for admission into the United States from Mexico through the vehicle primary lanes at the Otay Mesa, California Port of Entry, driving a 2014 Jeep Cherokee bearing California license plates. Upon inspection before a United States Customs and Border Protection (CBP) Anti-Terrorism and Contraband Enforcement Team (AT-CET) CBP Officer who was roving pre-primary when he approached Defendant who was avoiding eye contact and staring straight ahead. Defendant presented his Legal Permanent card as proof of identity and citizenship. The AT-CET officer asked Defendant where he was going and Defendant stated home to Oceanview Hills Chula Vista, California. The AT-CET Officer asked Defendant who the vehicle belonged to, and Defendant stated he just bought it. The AT-CET Officer conducted a cursory inspection of the vehicle. The AT-CET Officer saw a human being laying on his side concealed in the spare tire wheel well. The AT-CET Officer radioed for assistance, asked Defendant to step out of the vehicle, placed Defendant in hand restraints for officer safety, and escorted him to the Security Office for further inspection.

The CBP Officer responded to take evidentiary photographs. The CBP Officer attempted to lift the floor cover in the cargo area and noticed the floor cover was screwed in to keep the cover closed and had to utilize a tool to remove the screws and gain access to the spare tire wheel well. The CBP Officer discovered one male individual. The CBP Officer assisted the male individual out of the compartment of the vehicle. The male individual was later found to be citizen of China without any documents that would permit him to enter or remain in the United States. The male individual was later identified as Zhenlin LUO (Material Witness) and will be held as a Material Witness.

Continued Probable Cause Statement on Page 2;

1

Continued Probable Cause Statement
US v. Jose Damian PONCE-Castro.

At approximately 4:58 P.M., Defendant was advised of his Miranda Rights and elected to give a statement without the benefit of counsel. Defendant admitted he knew there was a person in the spare tire wheel well. Defendant admitted he would receive payment of $3,000.00 US dollars upon successful smuggling event. Defendant admitted he was going to take the vehicle to an unknown location and turn over the vehicle to have the person removed from the spare tire wheel well. Defendant admitted he is the registered owner of the vehicle and gave consent to have vehicle modified if needed.

During a video-recorded interview, Material Witness admitted to being a citizen of China with no documents to lawfully enter or reside in the United States. Material Witness stated his family made all the arrangements. Material Witness stated he was going to pay an unknown amount to be smuggled into the United States. Material Witness stated he was traveling to Los Angeles, California to live and seek unlawful employment.

Executed on this day 20th of May, 2023 at 11:00 P.M.

_____
Nancy Cervantes / CBP Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the Defendant named therein committed the offense on May 20, 2023, in violation of Title 8, U.S.C., Section 1324.

_____          5/21/23  10:22 a.m.
MAGISTRATE JUDGE                                    DATE / TIME
LUPE RODRIGUEZ, Jr.